IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CURTIS R. RADICK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-2075 |
| | § | |
| UNION PACIFIC CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiff filed a motion to have the court order the parties to mediate. (Docket Entry No. 15). The defendant opposes the motion on the ground that it has moved for summary judgment and believes the case to be without merit. Because mediation at this point is unlikely to be productive, the motion to order the parties to engage in mediation is denied.

SIGNED on March 20, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge