United States District Court
Southern District of Texas
**ENTERED**
February 17, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CURTIS R. RADICK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-2075 |
| | § | |
| UNION PACIFIC CORPORATION | § | |
| d/b/a UNION PACIFIC RAILROAD, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND GRANTING MOTION FOR SUMMARY JUDGMENT

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on January 25, 2016, and has made a *de novo* determination of the Magistrate Judge's recommended disposition. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). This court finds that the Memorandum and Recommendation should be, and is, adopted as this court's Memorandum and Order.

This court has considered and overruled the objections filed by the plaintiff, Curtis Radick, noting that the documents Mr. Radick cites for the first time in support of his objections were available when he responded to the defendant's summary judgment motion, yet Mr. Radick does not explain why he did not submit them in his response. These documents also undermine his argument that he was denied these documents during discovery and did not receive an extension of time to obtain them. Even if he had submitted the documents he relied on his objections, the outcome would not change. The documents show that the other disciplined employees negotiated the resolution of

the discipline issue they faced, but do not support an inference of a pretext for motivating factor in a discriminatory discharge or a pretext for retaliation.

This court grants the defendant's motion for summary judgment, Docket Entry No. 16, and, by separate order, enters final judgment dismissing this case with prejudice.

SIGNED on February 17, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge