United States District Court
Southern District of Texas
**ENTERED**
February 17, 2016
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CURTIS R. RADICK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-2075 |
| | § | |
| UNION PACIFIC CORPORATION | § | |
| d/b/a UNION PACIFIC RAILROAD, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons stated in the court's Memorandum and Order entered this date, this action

is dismissed with prejudice.

This is a final judgment.

SIGNED on February 17, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge